JOHNSON & WEAVER, LLP
FRANK J. JOHNSON (SBN 174882)
LANDON LERNER (SBN 268093)
600 West Broadway, Suite 1540
San Diego, CA 92101
Tel: (619) 230-0063
Fax: (619) 255-1856
frankj@johnsonandweaver.com
landonl@johnsonandweaver.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELO ALBANO AND CHARLES ALBANO d/b/a CA PRODUCTIONS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>SIENTRA, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. 3:15-cv-05550-WHO<br><br>**CLASS ACTION**<br><br>STIPULATION AND ORDER TO WAIVE ORAL ARGUMENT OR ADVANCE THE HEARING DATE AND TO ESTABLISH A BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO REMAND<br><br>DATE:　　N/A<br>TIME:　　N/A<br>JUDGE:　Honorable William H. Orrick<br>CTRM:　2, 17th Floor |

WHEREAS, on December 4, 2015, Defendants removed this action (the "*Albano* Action") (Dkt. No. 6) and two other substantially similar actions: *Oklahoma Police Pension & Retirement System v. Sientra, Inc.*, No. 3:15-cv-5549-EJD (the "*Oklahoma Police* Action"), and *Kleiman v. Sientra, Inc.*, No. CIV 536313 (Cal. Super. Ct., San Mateo Cty. Nov. 19, 2015) (the "*Kleiman* Action") (collectively, the "Related Actions");

WHEREAS, on December 8, 2015, Defendants filed an administrative motion to relate the *Albano* Action to the *Kleiman* Action and the *Oklahoma Police* Action, which motion is unopposed and presently pending before the Honorable Edward J. Davila;

WHEREAS, on December 15, 2015, and December 16, 2015, Plaintiffs in all three actions moved to remand the actions to state court;

WHEREAS, Defendants have requested an extension of time to respond to the remand motions to accommodate counsel's holiday schedules; and

WHEREAS, the parties have met and conferred and agreed: (a) to provide Defendants additional time to file and serve their responses to the remand motion; and (b) to consent to the determination of the motions to remand without oral argument or, if the Court determines that oral argument would be beneficial, to jointly request that the Court advance the time for the hearing on the motions to remand to the earliest date that is convenient to the Court following the completion of briefing on the motions.

NOW, THEREFORE, THE PARTIES HAVE STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL, as follows:

1. Defendants shall have until January 19, 2016 to file any briefs in opposition to the motions to remand;

2. Plaintiffs in each of the Related Actions shall have until January 26, 2016 to reply to any briefs filed in opposition to the motions to remand; and

3. The parties jointly consent to determination of the motions to remand based on the papers submitted without oral argument; or

1   4. In the alternative, should be Court believe that oral argument would be beneficial to
2  resolving the issues raised in the motions, the parties jointly request that the Court advance the
3  hearing to the earliest convenient date for the Court after January 26, 2015.
4   IT IS SO STIPULATED.

5  DATED:  December 16, 2015                JOHNSON & WEAVER, LLP
                                            FRANK J. JOHNSON
6                                           LANDON LERNER

7

8                                                 */s/ Frank J. Johnson*
                                            FRANK J. JOHNSON
9
                                            600 West Broadway, Suite 1540
10                                          San Diego, CA  92101
                                            Telephone: 619/230-0063
11                                          619/255-1856 (fax)
                                            frankj@johnsonandweaver.com
12                                          landonl@johnsonandweaver.com

13                                          Attorneys for Plaintiffs

14
    DATED:  December 16, 2015               COOLEY LLP
15                                          KOJI F. FUKUMURA
                                            RYAN E. BLAIR
16

17
                                                  */s/Koji F. Fukumura*
18                                          KOJI F. FUKUMURA

19                                          4401 Eastgate Mall
                                            San Diego, CA  92121
20                                          Telephone:  619/550-6000
                                            650/550-6420 (fax)
21
                                            COOLEY LLP
22                                          JEFFREY M. KABAN
                                            JEFFREY M. WALKER
23                                          3175 Hanover Street
                                            Palo Alto, CA  94304
24                                          Telephone:  650/843-5000
                                            650/849-7400 (fax)
25

26                                          Attorneys for Defendants Sientra, Inc., Hani
                                            Zeini, Matthew Pigeon, Nicholas Simon, R. Scott
27                                          Greer, Kevin O'Boyle, and Jeffrey Nugent

28

| | | |
|---|---|---|
| 1 | DATED: December 16, 2015 | MORGAN, LEWIS & BOCKIUS LLP<br>CHARLENE S. SHIMADA<br>LUCY WANG<br>MELISSA C. HUGHES |

                                                    */s/ Charlene S. Shimada*
                                                  CHARLENE S. SHIMADA

One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: 415/442-1000
415/442-1001 (fax)

Attorneys for Defendants Piper Jaffray & Co., Stifel, Nicolaus & Company, Incorporated, Leerink Partners LLC, and William Blair & Company, L.L.C.

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Frank J. Johnson, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order to Waive Oral Argument and to Establish a Briefing Schedule on Plaintiffs' Motion to Remand. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for defendants, Koji F. Fukumura and Charlene S. Shimada concur in this filing.

Dated: December 16, 2015

                                                  */s/ Frank J. Johnson*
                                                  FRANK J. JOHNSON

\* \* \*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Any hearing necessary will be conducted on February 3, 2016 at 2:00 p.m.

DATED: December 23, 2015

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

- 4 -